United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. B-03-215 |
| | § | |
| ROGERIO GONZALEZ, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT ROGERIO GONZALEZ'S ORIGINAL ANSWER TO PLAINTIFF DIRECTV'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, ROGERIO GONZALEZ, Defendant in the above-entitled and numbered cause, by and through his undersigned attorney, files this his Original Answer herein and would respectfully show this Honorable Court as follows:

I.

Defendant, ROGERIO GONZALEZ, through his undersigned counsel, answers Plaintiff's Original Complaint:

1. Defendant admits that DIRECTV is a California-based company in the business of distributing satellite television broadcasts throughout the United States.

2. Defendant admits that DIRECTV transmits various digitized video and audio signals to homes and businesses nationwide to be used for entertainment purposes "Satellite Programming". DIRECTV's Satellite Programming is received through the use of a fixed outdoor satellite dish ("Satellite Dish").

3. Defendant admits to the allegations in paragraph three.

4. Defendant admits that the Satellite Dish signal is not usable without paying DIRECTV a subscription fee to access the Access Card to unscramble portions of the satellite signal.

5. Defendant admits to the allegations in paragraph five.

6. Defendant admits that he is a resident of the State of Texas and that he purchased an Access Device. Defendant further denies the remaining allegations in paragraph six.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7. Therefore, Defendant denies Plaintiff's allegations at this time.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8. Therefore, Defendant denies Plaintiff's allegations at this time.

9. Defendant admits purchasing an Access Device from the Computer Shanty.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 10. Therefore, Defendant denies Plaintiff's allegations at this time.

11. Defendant hereby incorporates by reference the foregoing paragraphs of this Original Answer in response to Plaintiff's allegations as contained in Paragraphs 1 through 11 as if fully set forth herein.

12. Defendant admits this Honorable Court has subject matter jurisdiction over the claims in this action.

13. Defendant admits that the Court has personal jurisdiction over the parties under 28 U.S.C. §§1331 and 1367.

14. Defendant hereby incorporates by reference the foregoing paragraphs of this Original Answer in response to Plaintiff's allegations as contained in Paragraphs 1 through 13 as if fully set forth herein.

15. Defendant admits to the allegations in paragraph 15.

16. Defendant hereby incorporates by reference the foregoing paragraphs of this Original Answer in response to Plaintiff's allegations as contained in Paragraphs 1 through 15 as if fully set forth herein.

17. Defendant admits to the allegations in paragraph 17.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18. Therefore, Defendant denies Plaintiff's allegations at this time.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19. Therefore, Defendant denies Plaintiff's allegations at this time.

20. Defendant admits he resides in San Benito, Texas and that he purchased the items listed in (a) and (b). Defendant further denies the remaining allegations in paragraph 20.

21. Defendant denies that he displayed any Satellite Programming. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 21. Therefore, Defendant denies Plaintiff's remaining allegations contained in Paragraph 21 at this time.

22. Defendant denies all allegations contained in Paragraph 22.

23. Defendant hereby incorporates by reference the foregoing paragraphs of this Original Answer in response to Plaintiff's allegations as contained in Paragraphs 1 through 22 as if fully set forth herein.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 24. Therefore, Defendant denies Plaintiff's allegations at this time.

25. Defendant hereby incorporates by reference the foregoing paragraphs of this Original Answer in response to Plaintiff's allegations as contained in Paragraphs 1 through 24 as if fully set forth herein.

26. Defendant denies all allegations contained in Paragraph 26.

27. Defendant denies all allegations contained in Paragraph 27.

28. Defendant denies he committed any violations of 47 U.S.C. §605. Defendant admits Plaintiff is a party authorized to institute the present action.

29. Defendant denies all allegations contained in Paragraph 29.

30. Defendant denies all allegations contained in Paragraph 30.

31. Defendant hereby incorporates by reference the foregoing paragraphs of this Original Answer in response to Plaintiff's allegations as contained in Paragraphs 1 through 31 as if fully set forth herein.

32. Defendant denies all allegations contained in Paragraph 32.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 33. Therefore, Defendant denies Plaintiff's allegations at this time.

34. Defendant denies all allegations contained in Paragraph 34.

35. Defendant hereby incorporates by reference the foregoing paragraphs of this Original Answer in response to Plaintiff's allegations as contained in Paragraphs 1 through 34 as if fully set forth herein.

36. Defendant denies all allegations contained in Paragraph 36.

37. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37. Therefore, Defendant denies Plaintiff's allegations at this time.

38. Defendant denies all allegations contained in Paragraph 38.

39. Defendant hereby incorporates by reference the foregoing paragraphs of this Original Answer in response to Plaintiff's allegations as contained in Paragraphs 1 through 38 as if fully set forth herein.

40. Defendant denies all allegations contained in Paragraph 40.

41. Defendant denies all allegations contained in Paragraph 41.

42. Defendant denies he committed any violations of 47 U.S.C. §605. Defendant admits Plaintiff is a party authorized to institute the present action.

43. Defendant hereby incorporates by reference the foregoing paragraphs of this Original Answer in response to Plaintiff's allegations as contained in Paragraphs 1 through 42 as if fully set forth herein.

44. Defendant denies all allegations contained in Paragraph 44.

45. Defendant denies all allegations contained in Paragraph 45.

46. Defendant denies all allegations contained in Paragraph 46.

47. Defendant hereby incorporates by reference the foregoing paragraphs of this Original Answer in response to Plaintiff's allegations as contained in Paragraphs 1 through 46 as if fully set forth herein.

48. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 48. Therefore, Defendant denies Plaintiff's allegations at this time.

49. Defendant denies all allegations contained in Paragraph 49.

50. Defendant hereby incorporates by reference the foregoing paragraphs of this Original Answer in response to Plaintiff's allegations as contained in Paragraphs 1 through 49 as if fully set forth herein.

51. Defendant denies all allegations contained in Paragraph 51.

52. Defendant denies all allegations contained in Paragraph 52.

53. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 53. Therefore, Defendant denies Plaintiff's allegations at this time.

54. Defendant denies the allegations regarding preliminary and other equitable or declaratory relief allegations or engaging in any conduct as contained in Paragraph 54. Defendant, however, does hereby agree to relinquish any such devices to DIRECTV.

55. (sic – X.) WHEREFORE, PREMISES CONSIDERED, Defendant, ROGERIO GONZALEZ, deny that Plaintiff is entitled to judgment against him in any form or amount whatsoever and request that Plaintiff

## II.

### AFFIRMATIVE DEFENSES

As for his Affirmative Defenses to Plaintiff's Original Complaint, Defendant states as follows:

1. For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively allege that Plaintiff's claims must fail because Defendant cannot be held liable for Plaintiff's damages as he never made use of the referenced Access Device(s).

2. For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively allege that Plaintiff's claims must fail because Defendant cannot be held liable for Plaintiff's damages to the extent they arise, in whole or in part, from the intervening and superseding intentional or negligent acts of parties over whom Defendant has no control.

3. For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively allege that Plaintiff's claims must fail because Defendant cannot be held liable for Plaintiff's damages to the extent they arise, in whole or in part, from the negligence and action of The Computer Shanty.

Respectfully submitted,

TORTEYA & TORTEYA, P.L.L.C.

By: _____
IGNACIO TORTEYA, III
State Bar No. 00795685
Fed. I.D. #20917

700 East Washington Street
Brownsville, Texas 78520
(956) 550-8373
(956) 550-8353 Facsimile

ATTORNEYS FOR DEFENDANT
**ROGERIO GONZALEZ**

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___19th___ day of April, 2004, a true and correct copy of the above and foregoing Defendant's Original Answer was forwarded via U.S. Certified Mail return receipt requested, to Plaintiff's counsel of record as herein below noted:

        Lecia L. Chaney, Esq.
        Rodriguez, Colvin, Chaney & Saenz, L.L.P.
        1201 E. Van Buren St.
        Brownsville, Texas 78520

_____
Ignacio Porteya, III