```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    B Vasquez
CSO                :    Figueroa
Law Clerk          :    M Knicely
Interpreter        :    not needed
Date               :    April 22, 2004 at 2:00 p.m.
```

United States District Court
Southern District of Texas
FILED

APR 2 2 2004

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-215

**DIRECTV, INC.**                    *           Lecia Chaney

vs

ROGERIO GONZALEZ                     *

---

<u>SCHEDULING CONFERNECE</u>

Lecia Chaney present for Plaintiff;
Ignacio Torteya present for the defendant;

Court addresses counsel as to the consideration of a 636;
Counsel execute form 636 in open Court;

Court sets Final Pretrial and Jury Selection for September 7, 2004, with Final Pretrial at 9:00 a.m.;

Scheduling order issued by the Court;

Court adjourned.