# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

DIRECTV INC.                                *

VS                                          *  C.A. NO. B-03-215

ROGERIO GONZALEZ                            *

United States District Court
Southern District of Texas
ENTERED
APR 2 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Ignacio Torteya, III | Rogerio Gonzalez | 4/22/04 |
| Lucia Chaney | DirecTV | 4/22/04 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

4-23-04
Date

_____
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.