United States District Court
Southern District of Texas
ENTERED

JUN 0 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-03-215 |
| | § | (636(c)) |
| ROGERIO GONZALEZ, | § | |
|    Defendant. | § | |

## **ORDER**

The official docket sheet for the above-referenced cause of action shows that Docket Number 5, the Plaintiff's Request for Entry of Default and Default Judgement, is still pending. A party is subject to a Rule 55 motion for default judgment when it fails to plead or otherwise respond to a complaint within the required period of time. *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996). A party is not entitled to a default judgment as a matter of right, even if the defending party is technically in default. *Caterpillar Financial Services Corp. v. Lindsey*, 218 F.R.D. 145, 148 (S.D. Tex. 2003) (citing *Lewis v. Lynn*, 236 F.3d 766, 767 (5th Cir. 2001)). Defaults are left to the sound discretion of the court. *Id.* (citing *Lindsey v. Prive Corp.*, 161 F.3d 886, 983 (5th Cir. 1998)).

In this case, the Defendant did not respond to the complaint in a timely fashion. The return of service for Defendant Gonzalez was executed on January 14, 2004, and the Defendant's answer was not filed until April 20, 2004. Although the Defendant's answer was not timely, it appears to the Court that the Defendant is now serious about defending this claim. He has hired counsel, has appeared at all scheduled hearings, and is now actively defending this lawsuit.

Because the Defendant has taken action to defend this suit, it is ORDERED, ADJUDGED, and DECREED that the Plaintiff's Request for Entry of Default and Default Judgment (Docket No. 5) is hereby DENIED.

    IT IS SO ORDERED.

DONE in Brownsville, Texas this 3rd day of June, 2004.

                                             Felix Recio
                                      United States Magistrate Judge