COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   **Southern District of Texas, Brownsville Division**

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | R D'venturi |
| CSO | : | Cannet |
| Law Clerk | : | |
| Interpreter | : | not needed |
| Date | : | **July 30, 2004 at 2:00 p.m.** |

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03-215**

DIRECTV, INC.                *                Lecia Chaney

vs

ROGERIO GONZALEZ             *                Ignacio Torteya

---

### MOTION HEARING

Lecia Chaney present for Plaintiff;
Ignacio Torteya present for the defendant;

Motion hearing set before the Court;

Plaintiff's counsel states there are no pending motions and announces the case has settled; Counsel requests time, 2 weeks, to finalize the Settlement Agreement; Once that is done, counsel will file a Motion To Dismiss;

Court adjourned.